**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
245 EAST CAPITOL, SUITE 110
JACKSON, MISSISSIPPI 39201

August 3, 2004

TOM S. LEE
    JUDGE

RECEIVED Aug 10 11 04 AM '04 FINANCIAL DISCLOSURE OFFICE

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Re: Calendar Year 2003 Filing

RECEIVED Aug 10 11 04 AM '04 FINANCIAL DISCLOSURE OFFICE

In regard to the omissions in my annual financial disclosure report noted in your letter of July 26, the following are my responses and corrections:

1)  Part III A. - I did not have any non-investment income.

2)  Part VII, page 3, lines 15-17 - there was no income from the Walt Disney Common stock, Southern Co., Common stock, and Hartford NG VA. Annuity.

I apologize for these omissions and the necessity for your Committee having to communicate with me.

Sincerely,

Tom S. Lee

TSL:jpw

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEE, TOM S. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MS | 5/15/2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ___ Nomination, Date<br>___ Initial __X_ Annual ___ Final | 1/01/03 – 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 245 E. Capitol Street, Suite 110<br>Jackson, MS 39201 | Reviewing Officer _____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | Board of Trustees | Mississippi College |
| 2 | General Partner | Tom S. Lee Family Limited Partnership |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE

2004 MAY 17 P 1:18

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

### A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | Wife | | |
| 2 | | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code (A-H) | (2) Type (e.g. div, rent, int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy/sell merger redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 ING Annuity. formerly Aetna | | None | M | T | | | | | |
| 2 Irvine Sensors Com. Stock | | None | | | Sell | 10/15 | J | | |
| 3 Harrison Co., MS Bds. (PW acct.) | B | Int. | K | T | | | | | |
| 4 State of MS GO Bonds | A | Int. | K | T | | | | | |
| 5 Van Kampen Merritt TR | B | Div. | K | T | | | | | |
| 6 MS O Coupon Bond | | None | M | T | Bond fluctuates in value | | | | |
| 7 Eaton Vance MS Fund | A | Div. | K | T | | | | | |
| 8 LA PFA REV RDGB Bond | B | Int. | K | T | | | | | |
| 9 Biloxi School Bond | B | Int. | K | T | | | | | |
| 10 MS Hospital. EQ & FAC Bd. | A | Int. | K | T | | | | | |
| 11 Columbus Miss. Bonds (2) | B | Int. | K | T | | | | | |
| 12 UBSAG Common Stock | B | Div. | | | Sell | 6/11 | K | | |
| 13 Chesapeake Energy Com. Stock | A | Div. | | | Sell | 5/15 | J | A | |
| 14 Walt Disney Co. Com. Stock | A | Div. | | | Sell | 8/1 & 10/28 | K | | |
| 15 K Mart Common Stock | | None | J | T | | | | | |
| 16 NBC Capital Corp. Com Stock | A | Div. | L | T | | | | | |
| 17 Shares New-Perspective | B | Div. | M | T | | | | | |

Income Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Cols. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. div, rent, int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy/sell merger redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fund | A | Div.& CG | J | T | | | | | |
| Bancshares of MS. Inc. | D | Div. | P | T | | | | | |
| Life, formerly | | None | M | T | Income is not recognized as acct. fluctuates in value. | | | | |
| C | | None | M | T | Account fluctuates in value | | | | |
| | A | Div. | L | T | | | | | |
| | B | Int. | K | T | | | | | |
| | | None | L | W | | | | | |
| | | None | L | T | Income not realized but bonds increase in value annually. | | | | |
| | A | Int. | J | T | | | | | |
| Oppenheimer and Co. Inc. | A | Int. & Div. | L | T | | | | | |
| State of MS Hwy. Bd. | A | Int. | J | T | | | | | |
| Phoenix Life | | None | M | T | Life Insurance | | | | |
| Community Bancshares of MS – Accts. | C | Int. | M | T | | | | | |
| GS Capt. Growth Fd. | | None | L | T | | | | | |
| ING Life Annuity, formerly Aetna | | None | M | T | | | | | |
| Novartis AG Common Stock | | None | | | Sell | 11/26 | K | B | |
| Charles Schwab Com.Stock | A | Div. | J | T | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | Not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income,) | | | | | | | | | |
| 1 Alliance Bernstein, formerly Alliance Premier Growth | A | Div. | J | T | | | | | |
| 2 Alliance Technology | A | Div. | J | T | | | | | |
| 3 Davis New York Venture | A | Div. | J | T | | | | | |
| 4 Growth Fund of America | A | Div. | J | T | | | | | |
| 5 New Perspective | A | Div. | J | T | | | | | |
| 6 UBS Pace Growth Equity | A | Div. | J | T | | | | | |
| 7 UBS Pace Equity Investments | A | Div. | J | T | | | | | |
| 8 UBS Tactical Allocation | A | Div. | J | T | | | | | |
| 9 Lord Abbett Aff. | A | Div. | J | T | | | | | |
| 10 Alliance MF, formerly AFD Exchange | A | Div. | K | T | | | | | |
| 11 Durban Roodepoort Com.Stock | | None | J | T | | | | | |
| 12 Priority Bank One Acct., formerly Cit. Capital Acct. | A | Int. | K | T | | | | | |
| 13 Walt Disney Common Stock | | | | | Buy / Sell | 5/30 / 10/28 | J / J | / A | |
| 14 Southern Co. Com. Stock | A | Div. | | | Buy / Sell | 1/14 / 5/28 | K / K | / B | |
| 15 Southern Co. Com. Stock | | | | | Buy / Sell | 7/18 / 10/23 | K / K | / B | |
| 16 Hartford NG Va. Annuity | | | M | T | I have held this for several years and inexplicably it has just come to my attention that it has never been reported | | | | |
| 17 Southern Co. Com. Stock | | | K | T | Buy | 11/19 | K | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The difference in value of assets from last year's report results from
the appreciation or depreciation of the value of the assets. Investments
in stock and bonds were made through the Oppenheimer and Paine Webber
accounts and no money was transferred to or from these accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date _____5/15/2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544